# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Student/Supervisor/Dean Certification for Law Student Representation
(Select ECF Filing Option "File a Certification for Law Student Representation Form")

## I. Student Certification (for up to 4 students)

Docket No. | 25-743

Case Title | Kelvin X. Singleton v. Gates, et al.

My signature below certifies that:

a. I am enrolled and in good standing at

(law school) | University of St. Thomas School of Law

b. I have completed at least two-thirds of the legal studies required for graduation.*

c. I am familiar with and will comply with the Federal Rules of Civil, Criminal, and Appellate Procedure and Evidence; the Code of Professional Responsibility; and the rules of this Court.

d. I am not receiving compensation directly from the party on whose behalf I am rendering services.

**Student #1**

Signature | *[signature]*

Date | 6/10/25

Name | Isaac J. Rillo

* Or am a recent graduate awaiting a bar examination or the results of the state bar examination.

**Student #2**

Signature

Date    7/14/25

Name    Gabrielle A. Tremblay

**Student #3**

Signature

Date

Name

**Student #4**

Signature

Date

Name

## II. Supervising Attorney Certification

Docket No. 25-743

Case Title Kelvin X. Singleton v. Gates, et al.

Party Represented Appellant Raymond Padilla

I certify that I am admitted to practice before the highest court of the State of

(state) Minnesota for at least three years, have been admitted to practice before this Court, and have participated in at least three appellate arguments before a federal or state appellate court. I will carefully supervise the work of the following student(s) on behalf of the party above:

Student #1: Isaac J. Rillo

Student #2: Gabrielle A. Tremblay

Student #3:

Student #4:

I will supervise no more than four students at any one time. I authorize the above listed student(s) to appear in court or at other proceedings, and to prepare documents. I will accompany the student(s), assume personal responsibility for their work, and be prepared to supplement, if necessary, any statement made by the student(s) to the court or to opposing counsel.

**Supervising Attorney**

Signature

Date 7-14-25

Name Gregory Sisk

Address University of St. Thomas School of Law

1000 LaSalle Ave., MSL 400

City Minneapolis State MN Zip Code 55403

Phone Number (for ex., 4153558000) (651) 962-4923

## III. Dean Certification

Docket No. 25-743

Case Title Kelvin X. Singleton v. Gates, et al.

I certify that the student(s) listed below are enrolled and in good standing at

(law school) University of St. Thomas School of Law

and have completed at least two-thirds of the legal studies required for graduation;* and are adequately trained to fulfill all responsibilities required by Ninth Circuit Rule 46-4.

Student #1: Isaac J. Rillo

Student #2: Gabrielle A. Tremblay

Student #3:

Student #4:

**Dean**

Signature *Daniel Kelly*

Date 7/14/25

Name Dan Kelly

Address University of St. Thomas School of Law

1000 LaSalle Ave., MSL 400

City Minneapolis State MN Zip Code 55403

Phone Number (for ex., 4153558000) (651) 962-4827

* Or are recent graduates awaiting a bar examination or the results of the state bar examination.